UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>DANNIS MARLON ADAMSON,<br><br>        Defendant. | Case No. 4:08-CR-272- BLW<br><br>**ORDER CONFIRMING WRITS** |

In this proceeding, upon application by the United States Attorney, the Clerk of the Court issued two Writs of Execution on June 2, 2014, (ECF No's 59 and 60) directing the United States Marshal to levy, secure, or sell certain property in which Defendant DANNIS MARLON ADAMSON, has a substantial nonexempt interest. On June 13, 2014, a Clerk's Notice of Post-Judgment Executin was transmitted to the Defendant DANNIS MARLON ADAMSON. The Notice informed Defendant of his right to contest the seizure of his property, and according to 28 U.S.C. § 3202(b), a time for hearing would be set at Defendant's request. No timely objection was lodged and no request for a hearing was made.

The United States Marshal levied upon property on June 13, 2014, and filed the appropriate Notices of Levy on June 17, 2014. The property levied upon is more particularly described as:

    D. L. Evens Account, Check in the amount of $421.52
    Idaho State University Credit Union Accounts, Check in the amount of $4,592.92

The court has reviewed the file record and finds that all of the requirements for a valid execution against the property described in the Notices of Levy have been complied with. While the procedures set forth in 28 U.S.C. § 3202 do not require confirmation of the levy when no hearing has been requested, the court finds that an order of confirmation is appropriate.

IT IS THEREFORE ORDERED that the Writs of Execution issued by the Clerk of this court and the Notices of Levy by the United States Marshal are confirmed.

IT IS FURTHER ORDERED that the United States Marshal is directed to deliver to the Clerk of this court either the property or the proceeds of the property levied upon in accord with 28 U.S.C. § 3202(3) after deduction of appropriate costs.

DATED: September 11, 2014

B. Lynn Winmill
Chief Judge
United States District Court